Mazanec and others, Appellants, vs. Crabb and another, Respondents.

For the appellants : *Nash & Nash* of Manitowoc.
For the respondents : *Hougen, Brady & Murphy* of Manitowoc.

*By the Court.*—Judgment affirmed.

*March 9, 1943.*

Buchinger, by Guardian *ad litem,* and another, Appellants, vs. Mulhaney and another, Respondents.

For the appellants : *Martin, Clifford & Dilweg* of Green Bay, attorneys, and *James McFadden* of Appleton of counsel.
For the respondents : *Benton, Bosser, Becker & Parnell* of Appleton.

*By the Court.*—Judgment affirmed.

Bentle, Respondent, vs. Hoh and others, Appellants.

For the appellants : *Benton, Bosser, Becker & Parnell* of Appleton.
For the respondent : *Walter T. Kuchenberg,* attorney, and *James R. Joyce* of counsel, both of Appleton.

*By the Court.*—Judgment affirmed.